October 7, 1976.

M. P. Nos. 76-150, 164. BURTON E. KELMAN *et al. v.* DR. JOSEPH BEVILACQUA *et al.* MARTIN LEVENTHAL *et al. v.* DR. JOSEPH BEVILACQUA *et al.* MARTIN, MAXINE, AND ROBERT LEVENTHAL *v.* JOSEPH BEVILACQUA *et al.* BURTON, RUTH, AND MICHAEL KELMAN, *p.p.a. v.* JOSEPH BEVILACQUA *et al.* These petitions, one of which was filed by the Pawtucket School Committee, and the other by the Rhode Island Department of Mental Health, Retardation and Hospitals, have been consolidated by this court. The issue raised in each petition was decided by us in *Naughton et al.* v. *Goodman et al.,* 117 R.I. 113, 363 A.2d 1345 (1976). Accordingly, the petition for writ of certiorari is granted, the order entered by the trial justice denying the defendants' motion to dismiss is quashed, and the papers are remanded to the Family Court for further proceedings in accordance with the holding in our opinion in *Naughton et al.* v. *Goodman et al., supra.* Paolino, J. did not participate. *Oster, Espo, Fay & Groff, Irving N. Espo,* for petitioners. *Julius C. Michaelson,* Attorney General, *Forrest Avila,* Special Asst. Attorney General, for respondents.

M. P. No. 76-315. LORRAINE L. MEINHOLD *v.* RICHARD J. MEINHOLD. Petition for writ of certiorari is granted and writ shall issue forthwith. Paolino, J. did not participate. *Moore, Virgadamo, Boyle & Lynch, Ltd., Robert R. Silva,* for plaintiff-respondent. *Macioci & Grimm, E. Paul Grimm,* for defendant-petitioner.